UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:16CV-00641-JHM

ROBERT MAZE and JESSICA BUTLER                                              PLAINTIFFS

V.

WELLS FARGO BANK, N.A., and
IN A SNAP INSPECTIONS, LLC                                                  DEFENDANTS

**JUDGMENT**

This matter having come before the Court on a dispositive motion filed by the Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant, In A Snap Inspections, LLC, on the federal claim consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint is dismissed with prejudice, except for any state law claims which are dismissed without prejudice.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: counsel of record

March 10, 2017